**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **STEPHANIE YOUNG and STEVE YOUNG, JR.,** | : | |
| | : | |
| | : | **CASE NO:** |
| **Plaintiffs,** | : | **7:25-cv-160–WLS** |
| **v.** | : | |
| | : | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## **ORDER**

Before the Court is a Joint Motion to Extend Expert Discovery (Doc. 18), filed by the Parties on June 8, 2026. Therein, the Parties move to extend the deadlines related to expert disclosures, explaining that additional time is needed to complete written discovery, coordinate and complete an inspection of Plaintiffs' property, evaluate the issues raised through discovery and the inspection, and produce any accompanying expert reports. (Doc. 18 ¶ 4).

For good cause, the Joint Motion (Doc. 18) is **GRANTED**. Accordingly, the following deadlines set forth in the Court's original discovery/scheduling Order (Doc. 15) are altered, as follows:

- If applicable, each party must serve upon other parties, disclosures relating to expert witnesses, as required by Rule 26(a)(2)(A)-(B) of the Federal Rules of Civil Procedure, by the following dates: Plaintiffs' case-in-chief — **Wednesday, July 8, 2026**; Defendant's case-in-chief — **Friday, August 7, 2026**; Parties' Rebuttal — **Monday, August 17, 2026**; and Supplemental Expert Reports — **Monday, August 24, 2026**.

Based upon the timeline set forth in the Court's original discovery/scheduling Order (Doc. 15), in addition to these alterations, this case remains tentatively scheduled for trial to commence on Monday, May 3, 2027, in the Valdosta Division of this Court, or as otherwise ordered by the Court.

All other existing deadlines and timeframes set out in the original discovery/scheduling Order (Doc. 15) remain in effect to the extent that they do not conflict with the instant Order.

1

The Parties are hereby **NOTICED** that no further extension will be granted except to prevent manifest injustice upon timely written motion for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

    **SO ORDERED**, this 9th day of June 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
